IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DR. HORACE HUNTLEY,              }
                                 }
     Plaintiff,                  }
                                 }    CIVIL ACTION NO.
v.                               }    08-AR-2261-S
                                 }
THE BOARD OF TRUSTEES OF THE     }
UNIVERSITY OF ALABAMA,           }
                                 }
     Defendant.                  }

## MEMORANDUM OPINION

Defendant's motion to substitute the proper party defendant is unopposed, is well taken, and will be granted.

Defendant's motion to dismiss plaintiff's claim of age discrimination brought under the Age Discrimination in Employment Act is well taken, and will be granted. As a state agency, defendant is immune from ADEA claims under *Kimel v. Florida Board of Regents*, and the Eleventh Amendment.

Defendant's amended motion to dismiss plaintiff's claims of race discrimination brought pursuant to 42 U.S.C. §§ 1981 and 1983 are well taken, and will be granted. These claims are precluded by the Eleventh Amendment. Defendant's motion suggests that plaintiff's race discrimination claim brought under Title VII was not filed within ninety (90) days of his receipt of a right to sue from EEOC, but, as of now, this is a matter of dispute.

Plaintiff's motion to amend his complaint to add a claim under the Alabama Age Discrimination in Employment Act and the Equal

Protection Clause is opposed.  Defendant correctly points out that such an amendment would be futile, because defendant's sovereign immunity bars the state law claim, and the Eleventh Amendment bars the Equal Protection Claim.

    A separate appropriate order will be entered.

    DONE this 21st day of January, 2009.

                                            _____
                                            WILLIAM M. ACKER, JR.
                                            UNITED STATES DISTRICT JUDGE