FILED
2009 May-13  AM 09:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION

DR. HORACE HUNTLEY,            }
                               }
     Plaintiff,                }
                               }      CIVIL ACTION NO.
v.                             }      08-AR-2261-S
                               }
THE BOARD OF TRUSTEES OF THE   }
UNIVERSITY OF ALABAMA,         }
                               }
     Defendant.                }
```

## MEMORANDUM OPINION AND ORDER

Plaintiff's second motion to amend his complaint, to which a persuasive opposition was filed by defendant, was set for hearing on this court's regular motion docket on May 8, 2009. The parties submitted without oral argument.

The only reason this court can think of why on April 30, 2009, plaintiff filed a motion to amend and a proposed amendment purporting to add a defendant, is that the scheduling order allowed plaintiff until May 1, 2009, to add parties and/or to amend his complaint. Being one day ahead of such a deadline does not automatically entitle a plaintiff to amend if his proposed amendment does not add a claim or a dimension that has colorable merit. This is not such an amendment. There is no purpose to be served by allowing an amendment that on its face could not survive a motion to dismiss. Not only is the individual who plaintiff would add as a defendant not liable under any of plaintiff's theories, but plaintiff's proposed amendment would substitute a

non-entity for the only defendant he now has. The defendant is properly named in the above caption. There is no entity named University of Alabama at Birmingham. Accordingly, plaintiff's second motion to amend is DENIED, and his purported amendment, which was inadvertently filed without leave, is STRICKEN.

DONE this 13th day of May, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE